CLOSED

# U.S. District Court
# Northern District of Texas (Fort Worth)
# CIVIL DOCKET FOR CASE #: 4:05-mc-00010
# Internal Use Only

Pharmaceutical Industry Average Wholesale Price Litigation   Date Filed: 02/14/2005
Assigned to: Judge Terry R Means

**05 MBD 10247**

### Plaintiff

**Pharmaceutical Industry Average Wholesale Price Litigation**
*In re*

represented by **Roger L Mandel**
Stanley Mandel & Iola
3100 Monticello Ave
Suite 750
Dallas, TX 75205
214/443-4302
Email: rmandel@smi-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Certified a true copy of an instrument
on file in my office on JUN 17 2005
Clerk, U.S. District Court,
Northern District of Texas
By /s/ _____ Deputy

V.

### Movant

**Oncology-Hematology Consultants, PA**
*doing business as*
Texas Cancer Care

represented by **John T Wilson, IV**
Kelly Hart & Hallman
201 Main St
Suite 2500
Fort Worth, TX 76102-3194
817/332-2500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 02/14/2005 | 1 | MOTION to Quash Non Party Subpoena by Pharmaceutical Industry Average Wholesale Price Litigation (jmb, ) (Entered: 02/15/2005) |
| 02/14/2005 | 2 | Memorandum in Support re 1 MOTION to Quash filed by Pharmaceutical Industry Average Wholesale Price Litigation. (jmb, ) (Entered: 02/15/2005) |
| 02/14/2005 | 3 | Appendix in Support re 1 MOTION to Quash filed by Pharmaceutical Industry Average Wholesale Price Litigation. (jmb, ) (Entered: 02/15/2005) |

| | | |
|---|---|---|
| 03/07/2005 | 4 | RESPONSE to Motion re 1 MOTION to Quash filed by Pharmaceutical Industry Average Wholesale Price Litigation. (wrb, ) (Entered: 03/08/2005) |
| 03/22/2005 | 5 | Reply Brief In Support of 1 MOTION to Quash Non Party Subpoena filed by Oncology-Hematology Consultants, PA. (wrb, ) (Entered: 03/22/2005) |
| 06/16/2005 | 6 | Order REMITTING MOTION TO QUASH AND ADMINISTRATIVELY CLOSING CASE....motion remitted to the Hon. Patti B. Saris of the District Court for the District of Massachusetts; the motion is stayed pending resolution by Judge Saris. The clerk is ordered to administratively close the case. (Signed by Judge Terry R Means on 6/16/05) (wrb, ) (Entered: 06/16/2005) |
| 06/17/2005 | 7 | Supplemental ORDER Remitting Motion to Quash...Clerk Ordered to remit TCC's Motion to Quash and any filings related thereto, incl. court's 6/16 order as well as a copy of the docket sheet to the Hon. Patti B. Saris of the District of Massachusetts, Boston Div., for filing in related matter of Civil Action No. 01-12257-PBS (Certified copies of all documents in 4-05-MC-10, certified copy of docket sheet for 4-05-MC-10 and cover letter mailed to Judge Saris in Massachusetts) (Signed by Judge Terry R Means on 6/17/05) (pdm, ) (Entered: 06/17/2005) |
| 06/17/2005 | 8 | Letter to Hon. Patti B. Saris in District of Massachusetts, Boston, transmitting certified copies of all documents in case and docket sheet for filing in related matter of Civil Action No. 01-12257-PBS (pdm, ) (Entered: 06/17/2005) |