UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# ORDER OF REFERENCE

Check if previously referred   X

**In Re Pharmaceutical Industry**
**Average Wholesale Price Litigation**

        V.        MBD No.  05-10247-PBS

**Oncology-Hematology Consultants, PA**

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge Bowler for the following proceedings:

(A)   Referred for full pretrial case management, including all dispositive motions.

(B)   Referred for full pretrial case management, not including dispositive motions:

(C)   Referred for discovery purposes only.

(D)   Referred for Report and Recommendation on:

    (  ) Motion(s) for injunctive relief
    (  ) Motion(s) for judgment on the pleadings
    (  ) Motion(s) for summary judgment
    (  ) Motion(s) to permit maintenance of a class action
    (  ) Motion(s) to suppress evidence
    (  ) Motion(s) to dismiss
    (  ) Post Conviction Proceedings[1]
  See Documents Numbered: _____

(E)   **X**   Case referred for events only.  See Doc. No(s).  1 Motion to Quash Non-Party Subpoena.

(F)   Case referred for settlement.

(G)   Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
    (  ) In accordance with Rule 53, F.R.Civ.P.
    (  ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)   Special Instructions: _____

_____

 June 24, 2005                          By:    /s/ Robert C. Alba
Date                                                Deputy Clerk

**(Order of Reference - 05/2003)**

---

    [1]    See reverse side of order for instructions